**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7219**

BRANDON MICHAEL PICKENS,

    Plaintiff - Appellant,

  v.

ROBERT C. LEWIS; W. DAVID GUICE; SCOTLAND COUNTY/MUNICIPALITY/LAURINBURG, NC; SORRELL SAUNDERS; NAKISHA PARRISH; NORTH CAROLINA PRISON LEGAL SERVICES, INCORPORATED; INA HINTON,

    Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Loretta C. Biggs, District Judge. (1:16-cv-01358-LCB-JLW)

Submitted: January 30, 2018        Decided: February 2, 2018

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brandon Michael Pickens, Appellant Pro Se. Thomas Matthew Woodward, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; Bradley O. Wood, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina; Mark Russell Sigmon, SIGMON LAW, PLLC, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Michael Pickens appeals the district court's order accepting the recommendation of the magistrate judge to grant Defendants' motions to dismiss and dismissing Pickens' 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pickens v. Lewis*, No. 1:16-cv-01358-LCB-JLW (M.D.N.C. Aug. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*